Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANGELA L. HERNANDEZ           )
                              )
        Plaintiff,            )
                              )   Case Number
vs.                           )   2:17-cv-02757-MMD-VCF
                              )
EXPERIAN INFORMATION          )
SOLUTIONS, INC.               )   **STIPULATION AND ORDER FOR**
                              )   **DISMISSAL WITH PREJUDICE**
        Defendant             )
                              )

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                        SNELL & WILMER, L.L.P.

_____                       _____
MITCHELL D. GLINER, ESQ.                        BOB L. OLSON, ESQ.
Nevada Bar No. 003419                           Nevada Bar No. 003783
3017 W. Charleston Blvd. # 95                   CHARLES E. GIANELLONI, ESQ.
Las Vegas, Nevada 89102                         Nevada Bar No. 012747
Attorney for Plaintiff                          3883 Howard Hughes Pkwy., # 1100
                                                Las Vegas, Nevada 89169
                                                Attorneys for Defendant

IT IS SO ORDERED this 22nd day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE